| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HOWARD COUNTY SUPERIOR COURT |
| | )SS: | |
| COUNTY OF HOWARD | ) | CAUSE NO.: |

STEPHANIE HORTON-BROOMFIELD,  )
)
             Plaintiff   )
)
vs.   )
)
WAL-MART STORES, INC.   )
)
             Defendant.   )

**COMPLAINT FOR DAMAGES**

Comes now the Plaintiff, by counsel, and for her cause of action against the Defendant, alleges:

1. At all times hereinafter mentioned Defendant owned, operated and maintained a store located at 1920 East Markland Avenue in Howard County Indiana.

2. On or about January 29th, 2018 Plaintiff was an invitee on Defendant's premises when she slipped and fell due to an accumulation of liquid on the floor of the premises.

3. At said time and place the Defendant was negligent.

4. As a proximate result of the Defendant's negligence Plaintiff has been injured and damaged, incurred reasonable medical expenses and endured pain, suffering and mental anguish.

WHEREFORE, Plaintiff prays for judgment against the Defendant in an amount which will fully and fairly compensate her for her injuries and damages, for her costs, and for all other proper relief.

Respectfully submitted,

TOWNSEND & TOWNSEND, LLP

/s/ John F. Townsend, III
John F. Townsend, III - #19600-49
151 North Delaware Street, Suite 770
Indianapolis, Indiana 46204
317-264-4444  Phone
317-264-2080  Fax
townsendlawfirm@aol.com
*Counsel for Plaintiff*

Horton-Broomfield.COMPLAINT.011320.wpd